# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| ROGER KRAUSE, KAREN KRAUSE | § | |
| STEPHEN KOLLE, MICHELE | § | |
| KUYKENDALL AND ALLISON | § | |
| KOLLE | § | |
| | § | |
| VS. | § | 6:20-cv-00006 |
| | § | |
| THE UNITED STATES OF | § | |
| AMERICA, CYNTHIA ZAMORA | § | |
| MCCOMBS AND DAVID MICHAEL | § | |
| ZAMORA, AND TERRELL | § | |
| MCCOMBS              , | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Request No. 2 of the January 24, 2020 Order for Conference and Disclosure of Interested Parties, Defendant, DAVID MICHAEL ZAMORA, would answer the following:

Other than the parties and firms listed in this lawsuit, no other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation.

Respectfully submitted,

KRENEK & HEINEMEYER, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, Texas 78216
(210) 342-1080; FAX (210) 342-1266
chrish@khpc-law.com

BY: /s/ Chris Heinemeyer
   CHRIS HEINEMEYER (#09382100)
   ATTORNEYS FOR DEFENDANT
   DAVID MICHAEL ZAMORA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following and, if such person is not a member of the CM/ECF system, then service will be made in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

Mr. Micah W. Hatley/Mr. Ronald B. Walker
WALKER KEELING, LLP
120 S. Main, Suite 500
P.O. Box 108
Victoria, Texas 77902
(361) 576-6800; FAX (361) 576-6196
ATTORNEYS FOR PLAINTIFFS

Mr. David Bradley
WALTERS, BALIDO & CRAIN
2500 Tanglewilde, Suite 250
Houston, Texas 77063
(713) 335-0285
david.bradley@wbclawfirm.com
ATTORNEYS FOR DEFENDANT,
CYNTHIA ZAMORA MCCOMBS

*/s/ Chris Heinemeyer*
CHRIS HEINEMEYER

File No. 14990