

DAVID H. BRADLEY
**Service of Documents:**
BradleyEDocsNotifications@wbclawfirm.com
Phone: (713) 335-0285

January 11, 2022

US District Judge Drew B. Tipton
United States District Court
Southerm District of Texas
Victoria Division

    Re:    Cause No.6:20-cv-00006; *Stephen Kolle v. Cynthia Zamora McCombs, et al*
               Pending in the US District Court of Victoria County, Texas
               Our File No.: 1341.87113

Dear Judge Tipton:

Please be advised I have designated the following dates for vacation:

        March 14-18, 2022
        July 4-8, 2022
        July 11-15, 2022
        July 18-22, 2022

Please do not schedule any hearings, trials, or discovery matters during these dates.

Thank you for your cooperation and assistance in this matter.

        Very truly yours,

        */s/ David Bradley*
        David H. Bradley

ROBERTS, ODEFEY, WITTE & WALL, LLP
David Roberts                                      *Via Email:* david@portlavacalaw.com
John T. Villafranca                           *Via Email:* john@portlavacalaw.com

KRENEK & HEINMEYER, P.C.
Chris Heinemeyer                             *Via Email:* chrish@khpc-law.com